UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-22153-CIV-WILLIAMS/TORRES

MARK E. MUNRO,

    Plaintiff,

v.                                      **Case No. 1:20-cv-22153-KMW**

I.C. SYSTEM, INC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC,

    Defendants.
_____/

## JOINT NOTICE OF SCHEDULED MEDIATION
## PURSUANT TO SCHEDULING ORDER

    Pursuant to the Scheduling Order **[Dkt. 19]**, the Court has selected Peter J. Grilli to mediate this matter. A mediation conference has been scheduled in this matter for **Tuesday, December 15, 2020 at 9:30 a.m., via a Zoom conference hosted by Grilli Mediation.**

Dated this **9th day of September 2020**.

s/ *Alexander James Adducci Taylor*  
Alexander James Adducci Taylor  
Florida Bar Number 1013947  
Sulaiman Law Group, Ltd  
2500 South Highland Avenue, Suite 200  
Lombard, IL 60148  
Phone: 630-575-8181  
Fax: 630-575-8188  
Email: ataylor@sulaimanlaw.com  
*Counsel for Plaintiff*

s/ *Joseph Charles Proulx*  
Joseph Charles Proulx  
Florida Bar Number 0056830  
Golden Scaz Gagain  
201 North Armenia Avenue  
Tampa, FL 33609  
813-251-5500  
Email: jproulx@gsgfirm.com  
*Counsel for I.C. System, Inc.*

<div style="margin-left: 2em;">

*s/ Charlotte A. Long*
Charlotte Ann Long
Florida Bar Number 112517
Quilling Selander Lownds Winslett Moser PC
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Phone: 214-560-5461
Email: clong@qslwm.com
*Counsel for Trans Union LLC*

</div>

## CERTIFICATE OF SERVICE

I, Alexander James Taylor, an attorney, certify that on September 9, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander James Taylor*