```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
```

**MARK E. MUNRO,**

      **Plaintiff,**

v.                                                    Case No.: 1:20-cv-22153-KMW

**I.C. SYSTEM, INC., et al.,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

COMES NOW Peter J. Grilli, Esq., and notices his appearance as Mediator in this matter.

Done September 16, 2020 in Tampa, Florida.

Respectfully submitted,

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002    Fax: 813.874.1131
email: peter@grillimediation.com

I HEREBY CERTIFY that September 16, 2020 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.