## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 1:20-CV-22153-WILLIAMS/TORRES

MARC E. MUNRO,

        Plaintiff,

v().                                         Case No. 1:20-cv-22153-KMW

I.C. SYSTEM, INC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC

        Defendants.

_____

### AGREED MOTION TO EXTEND THE DEADLINE TO FILE THE NOTICE SCHEDULING MEDIATION

**NOW COMES** MARC E. MUNRO ("Plaintiff"), by and through his undersigned counsel, bringing this Motion to Extend the Deadline to file the Notice Scheduling Mediation, and in support thereof, stating as follows:

1. On May 22, 2020, Plaintiff filed the instant case against Defendants seeking redress for violations of the Fair Credit Reporting Act ("FCRA"). [Dkt. 1]

2. On August 7, 2020, this Honorable Court entered a scheduling order requiring the Parties to schedule mediation by September 9, 2020. [Dkt. 19]

3. Plaintiff has reached a settlement with Defendants Experian Information Solutions, Inc. and Trans Union, LLC.

4. For a short period of time, due to medical reasons, Plaintiff's counsel lost contact with his client.

1

5. As a result thereof, the Parties agreed to reschedule the mediation that was set for December 14, 2020.

6. On December 16, 2021, the Court entered an order granting Plaintiff's unopposed Motion to Reschedule Mediation and ordered the Parties to file a Notice Scheduling Mediation by January 15, 2021.

7. Plaintiff's counsel has re-established contact with Plaintiff.

8. The Parties attempted to reschedule the mediation with Peter J. Grilli ("Mr. Grilli"), the mediator the Parties selected for the December 14, 2020 mediation.

9. The Parties requested a mediation date *prior to the June 5, 2021* mediation deadline.

10. On January 15, 2021, Mr. Grilli's office advised the Parties that Mr. Grilli could not mediate this case.

11. Mr. Grilli's office kindly referred the Parties to other mediators that may be able to mediate this matter.

12. Based on the foregoing, the Parties need an additional 30 days, through February 15, 2021, to schedule the mediation with a different mediator.

13. The extension sought herein will not prejudice any party and will not impact any other deadlines set by the Court.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the deadline to file the Notice Scheduling Mediation through February 15, 2021.

Respectfully submitted,

*/s/ Alexander James Taylor*
Alexander James Taylor, Esq.
Florida Bar No. 1013947
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com

3

## **CERTIFICATE OF SERVICE**

      I, Alexander J. Taylor, certify that on January 15, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                                                          */s/ Alexander J. Taylor*